IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DERIC LaVELLE MAY,  AIS # 209534,** :

    **Plaintiff,** :

**vs.** : **CIVIL ACTION 10-0121-CG-C**

**GRANTT CULLIVER,** *et al.*, :

    **Defendants.** :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Reports and Recommendations to which objection is made (Docs. 24 & 38), the Reports and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (Docs. 19 & 35) are **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED** without prejudice, and that plaintiff's motion to file a second amended complaint (Doc. 25) is hereby **DENIED.**

    **DONE** and  **ORDERED** this 24th day of February, 2012.

                                              /s/  Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE