IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERIC LaVELLE MAY,  AIS # 209534,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 10-0121-CG-C |
| **GRANTT CULLIVER,** *et al.***,** : | |
| Defendants. : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED, and DECREED** that that plaintiff's motion to file a second amended complaint (Doc. 25) is **DENIED**, and that this action is hereby **DISMISSED** without prejudice.

**DONE** this 24th day of February, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE